**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE:  0:24-cv-60069-WPD

FABIOLA MUNOZ,

       Plaintiff,

v.

BRITISH OAK ENT. INC.,

       Defendant.

_____/

## JOINT STIPULATION OF FINAL DISMISSAL WITH PREJUDICE

Plaintiff, FABIOLA MUNOZ, ("Plaintiff"), and Defendant, BRITISH OAK ENT. INC. ("Defendant"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE that this matter has been settled and to the immediate dismissal of this action with prejudice, with each party to bear its own attorney's fees and costs except as indicated in the settlement agreement.

STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

Respectfully submitted on November 13, 2024.

/s/ *Alfredo Garcia-Menocal*
ALFREDO GARCIA-MENOCAL
Florida Bar No.: 533610
GARCIA-MENOCAL, P.L.
350 Sevilla Avenue, Suite 200
Coral Gables, FL 33345
Telephone: (305) 553- 3464
Email:  agmlaw@bellsouth.net
*Counsel for Plaintiff Denise Payne*

*/s/ Justin Carlin*
JUSTIN CARLIN
Florida Bar No.: 068429
THE CARLIN LAW FIRM, PLLC
100 S.E. 3rd Avenue, Suite 1103
Fort Lauderdale, FL 3394
Telephone: (954) 440-0901
Email: jcarlin@carlinfirm.com
*Counsel for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the

Court's electronic filing system upon all parties of record on November 13, 2024.

**GARCIA-MENOCAL, P.L.**
350 Sevilla Avenue, Suite 200
Coral Gables, FL 33134
Telephone: (305)553-3464
Primary E-Mail: agmlaw@bellsouth.net
Secondary E-Mail: aquezada@lawgmp.com

By*: /s/ Alfredo Garcia-Menocal*
ALFREDO GARCIA-MENOCAL
Florida Bar No.: 533610