UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 0:24-CV-60069-WPD

FABIOLA MUNOZ,

    Plaintiff,

v.

BRITISH OAK ENT. INC.,

    Defendant.

_____/

## **ORDER OF DISMISSAL**

THIS CAUSE is before the Court on the parties' Joint Stipulation of Final Dismissal with Prejudice [DE 32] (the "Stipulation"), filed on November 13, 2024. The Court has carefully considered the Stipulation, notes the signature of counsel, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.  The Stipulation [DE 32] is hereby **APPROVED**;

2.  This action is **DISMISSED WITH PREJUDICE**;

3.  The Clerk shall **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 14th day of November, 2024.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:
Counsel of Record